# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 23, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1133 | MARK BRANDON HAMMAN,<br>    Plaintiff - Appellant<br>v.<br>CITY OF CARBONDALE, ILLINOIS, LEONARD SNYDER and JOHN LENZINI,<br>    Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:25-cv-00736-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel | |

A review of the brief of appellees reveals that appellees have not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to provide a Jurisdictional Statement section in its brief and for it to state explicitly whether or not the jurisdictional summary in an appellant's brief is "complete and correct." If it is not, the appellee must provide a "complete jurisdictional summary."

Appellees' statement ignores the requirements of Circuit Rule 28(b). It is insufficient to state only that appellees adopt appellant's jurisdictional statement and do not dispute jurisdiction, without confirming whether the statement is both complete and correct. *See Baez-Sanchez v. Sessions*, 862 F.3d 638, 641 (7th Cir. 2017) (Wood, C.J., in chambers). Accordingly,

IT IS ORDERED that appellees shall file a paper captioned "Amended Jurisdictional Statement" on or before April 30, 2026, that complies with the requirements of Circuit Rule 28(b), and if appellant's jurisdictional statement is not both complete and correct, Circuit Rule 28(a) also.

IT IS FURTHER ORDERED that the clerk of this court shall DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellees' amended jurisdictional statement to the assigned merits panel.