UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| BRANDON HAMMAN, | ) | |
| | ) | Appeal No. 26-1133 |
| Plaintiff-Appellant, | ) | |
| | ) | From the U.S. District Court for the |
| v. | ) | Southern District of Illinois |
| | ) | |
| CITY OF CARBONDALE, *et al.*, | ) | Case No. 3:25-cv-00736-NJR |
| | ) | |
| Defendants-Appellees. | ) | District Judge Hon. Nancy J. |
| | ) | Rosenstengel |

---

**AMENDED JURISDICTIONAL STATEMENT**

Pursuant to Circuit Rule 28(b), and this Court's Order of April 23, 2026,

Defendants-Appellees hereby file their Amended Jurisdictional Statement and

affirmatively state Appellant's Jurisdictional Statement is complete and correct.

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I electronically filed the foregoing with the

Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by

using the CM/ECF system.

The Following participants who are registered CM/ECF users will be served by

the CM/ECF system:

> Nathan J. Moelker
> Stuart J. Roth
> Christina A. Compagnone
> Liam R. Harrell
> American Center for Law & Justice
> P.O. Box 90555
> Washington, DC 2009-0555
> sroth@aclj.org
> nmoelker@aclj.org
> lharrell@aclj.org
> ccompagnone@aclj.org
>
> Geoffrey R. Surtees
> American Center for Law & Justice
> P.O. Box 60
> New Hope, KY  40052
> gsurtees@aclj.org


Dated: April 23, 2026

/s/ A. Courtney Cox